**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

JOHNNY JAVIER HERNANDEZ CRUZ
A# 073-666-958                                                     PETITIONER

VERSUS                                    Cause No. 5:25-cv-00157-DCB-BWR

WARDEN RAFAEL VERGARA,
*Adams County Correctional Center*                                RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 9], which recommends that Petitioner Johnny Javier Hernandez Cruz ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed. [ECF No. 9] at 20.

### I.   BACKGROUND

On December 15, 2025, Petitioner filed a Writ of Habeas Corpus with the Court under 28 U.S.C § 2241 while detained at the Adams County Correctional Center. [ECF No. 1]. On December 18, 2025, Judge Rath issued an Order, directing Respondent to file an answer or other responsive pleading in this cause within twenty days of service of the Order. [ECF No. 3].

On January 12, 2026, Respondent filed a reply. [ECF No. 5]. Respondent provided proof that Petitioner was a native Citizen of Honduras, and that on December 11, 2025, Petitioner was ordered removed to Honduras by Immigration Judge ("IJ") Miguel Cordero Gonzalez. [ECF No. 5-2] at 1. Petitioner appealed the IJ's decision

on December 12, 2025, and the automated case information system provided by the Department of Homeland Security's Executive Office for Immigration Review shows that Petitioner's appeal remains pending. [ECF No. 9] at 3. On January 21, 2026, Petitioner filed a Reply to Respondent's Response. [ECF No. 8].

On May 27, 2026, Judge Rath issued this Report and objections were due by June 10, 2026. [ECF No. 9]. No party objected to the Report.

## II.  DISCUSSION

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## III.  CONCLUSION

The Court, having considered Petitioner Johnny Javier Hernandez Cruz's Petition [ECF No. 1], Respondent Warden Rafael Vergara ("Respondent")'s Response [ECF No. 5], Petitioner's Reply [ECF No. 8], the record, relevant law, and Magistrate Judge Rath's Report [ECF No. 9], finds that Petitioner's 28 U.S.C. § 2241

petition be dismissed because Petitioner is subject to detention without bond under 8 U.S.C § 1225(b)(2)(A). The Court adopts Judge Raths's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 9] is hereby ADOPTED and the action is DISMISSED.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 17 day of June, 2026.

/s/ David Bramlett
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

3