**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JOHNNY JAVIER HERNANDEZ CRUZ**
**A# 073-666-958** **PETITIONER**

**VERSUS** **Cause No. 5:25-cv-00157-DCB-BWR**

**WARDEN RAFAEL VERGARA,**
***Adams County Correctional Center*** **RESPONDENT**

## Final Judgment

In accordance with the Court's Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court finds that this action is DISMISSED.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

SO ORDERED, this the 17 day of June, 2026.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE